In the Matter of the Claim of DEBORAH DAVIS, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted April 5, 2010; decided May 4, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 703 (2010)].

In the Matter of HAWA DIALLO, Respondent, v MOHAMMED DIALLO, Appellant.

Submitted March 8, 2010; decided May 4, 2010

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

853 SEVENTH AVENUE OWNERS, LLC, Appellant, v W & HM REALTY CO., LLC, Also Known as W & HM REALTY PARTNERS LLC, Respondent. (And a Related Proceeding.)

Submitted March 8, 2010; decided May 4, 2010

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying the motion to modify or vacate the order rendered in the declaratory judgment action, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.